# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| IRVIN DONNELL COSTON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:21-cv-00005-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2021 Order of Remand

.

September 13, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court